
*William R. Wick
John F. Mayer
Christopher R. Bandt
**Jeremy T. Gill
Ryan R. Graff
Justin F. Wallace
Thomas A. Van Horn
Katelyn P. Sandfort
Joshua M. Greatsinger
Sean A. Bukowski
Zachary P. Zastrow
Katherine T. Mayer

1425 Memorial Drive | Manitowoc, WI 54220 | Telephone (920) 684-3321 | Facsimile (920) 684-0544
* N14 W23777 Stone Ridge Dr., Ste. 170 | Waukesha, WI 53188 | Telephone (262) 408-5515
**Northwoods Office | Cell (920) 242-4525
John F. Mayer (920) 645-6225 | jmayer@nashlaw.com   Sarah Endries (920) 645-6224 | sendries@nashlaw.com

September 14, 2018

**VIA EMAIL**

Chief Judge William C. Griesbach
United States Courthouse, Room 203
125 South Jefferson Street
Green Bay, WI  54301-4541

**RE:  Dennis Lehman, et al. v. Denmark Bancshares, Inc.
       Case No. 17-CV-745**

Dear Judge Griesbach:

I am pleased to report that the parties have negotiated a resolution to this case. As you may recall, I represent the plaintiffs.

Obviously, I believe it is safe for the Court to take the dates for trial off the calendar.

Hopefully, I will be providing an appropriate stipulation and order of dismissal in due course.

Thank you for your time and attention.

>
> Respectfully,
>
> NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP
>
> /s/  John F. Mayer
>
> By:  John F. Mayer

JFM:se
cc:    Attorney Chad R. Levanetz (via email)